FILED
WILLIAMSPORT
NOV 12 2026
PER NR
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 4:26-CR-262 |
| v. | : | |
| | : | (Chief Judge Brann) |
| **AGOSTINO ABBATIELLO,** | : | |
| Defendants. | : | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
21 U.S.C. § 846
(Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance)

From in or around January 2023 through in or around December, 2024, in State College, Centre County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**AGOSTINO ABBATIELLO,**

knowingly and intentionally combined, conspired, confederated, and agreed together, and with other persons, known and unknown to the Grand Jury, to commit the following offenses against the United States: to knowingly and intentionally distribute and possess with the intent to distribute 5 kilograms and more of a mixture and substance containing

a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 2</u>
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

In or around January 2024, in State College, Centre County, within the Middle District of Pennsylvania, the defendant,

AGOSTINO ABBATIELLO,

did knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 3</u>
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

In or around February 2024, in State College, Centre County,

within the Middle District of Pennsylvania, the defendant,

**AGOSTINO ABBATIELLO,**

did knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 4
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about March 19, 2024, in State College, Centre County, within the Middle District of Pennsylvania, the defendant,

**AGOSTINO ABBATIELLO,**

did knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

THE GRAND JURY FURTHER CHARGES:

**COUNT 5**
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about July 12, 2024, in State College, Centre County, within the Middle District of Pennsylvania, the defendant,

AGOSTINO ABBATIELLO,

did knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

THE GRAND JURY FURTHER CHARGES:

**COUNT 6**
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

On or about September 21, 2024, in State College, Centre County, within the Middle District of Pennsylvania, the defendant,

AGOSTINO ABBATIELLO,

did knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

THE GRAND JURY FURTHER CHARGES:

**COUNT 7**
21 U.S.C. § 841(a)(1)
(Distribution of a Controlled Substance)

In or around November 2024, in State College, Centre County, within the Middle District of Pennsylvania, the defendant,

**AGOSTINO ABBATIELLO,**

did knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(B).

A TRUE BILL

[redacted]
FOREPERSON

11/12/26
Date

BRIAN D. MILLER
United States Attorney

GEOFFREY W. MACARTHUR
Assistant United States Attorney

MEGAN McGORON
Special Assistant United States Attorney

11/12/26
Date