FILED
WILLIAMSPORT

NOV 12 2026

PER NR
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIM NO. 4: 26-CR-262** |
| | : | |
| **AGOSTINO ABBATIELLO** | : | |
| | : | |

## DECLARATION IN SUPPORT OF MOTION TO SEAL

AND NOW, the United States of America, by its undersigned counsel, submits the following Declaration in Support of the Government's Motion to Seal, pursuant to Rule 6 of the Federal Rules of Criminal Procedure.

1. Your declarant states that, in the view of your declarant this Declaration and the following documents should be filed under seal:

[X] Indictment

[ ] Information

[ ] Complaint, Arrest Warrant, and Affidavit

[ ] Search Warrant, Application and Affidavit

[ ] Plea Agreement

[ ] Motion to Redact Indictment

2. The United States requests that the above-referenced documents, and this Motion, remain under seal pending:

[X] The arrest of the Defendant(s);

[ ] Further Order of Court;

[ ] Written notification by the United States that these pleadings no longer need to remain filed under seal; or

[ ] Until a return is made of the search warrant by the executing agents.

3. In support of this Motion, the United States alleges that filing these pleadings under seal is necessary in order to:

[ ] Preserve the integrity of this ongoing case;

[ ] Ensure the safety of investigative personnel;

[ ] Protect the identity of potential witnesses;

[ ] Allow for the seizure of evidence;

[X] Permit the arrest of those charged with violations of criminal laws; or

[ ] Allow this defendant to complete the cooperation aspects of the plea agreement.

[ ] Avoid unfair prejudice to the defendants

WHEREFORE, for the foregoing reasons, the United States moves to seal this Declaration and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

BY: /s/ Geoffrey W. MacArthur

Geoffrey W. MacArthur
Assistant United States Attorney
Atty. ID PA 204065
240 West 3rd St., Suite 316
Williamsport, PA 17701
Phone: (570) 326-1935
Geoffrey.MacArthur@usdoj.gov