FILED
WILLIAMSPORT
NOV 12 2026
PER NR
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIM. NO. 4:26-CR-262

v.

AGOSTINO ABBATIELLO
Defendant.

ORDER FOR WARRANT

NOW, this 12th day of November, 2026, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

SEAN A. CAMONI
U.S. MAGISTRATE JUDGE