**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**NOTICE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:26-CR-00262 |
| | : | |
| v. | : | (BRANN, C.J.) |
| | : | |
| AGOSTINO ABBATIELLO, | : | |
| Defendant | : | (CAMONI, M.J.) |
| | : | |

Type of Case:

( ) Civil (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | COURTROOM No. 3 |
| Federal Building | 3rd Floor |
| 240 West Third Street | **November 18, 2026** |
| Williamsport, PA 17701 | Time: **10:00 a.m.** |
| TYPE OF PROCEEDING: | **Initial Appearance & Arraignment** |

Peter J. Welsh, Clerk of Court
*s/Christine A. Williamson*
Christine A. Williamson, Deputy Clerk

DATED: November 12, 2026

To: U.S. Attorney's Office – Geoffrey W. MacArthur
Defendant – via defense counsel – Philip Masorti
U.S. Marshal
Pretrial / Probation