UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 4:26-CR-00262 |
| v. | : | |
| | : | (CHIEF JUDGE BRANN) |
| AGOSTINO ABBATIELLO | : | (M.J. CAMONI) |
| | : | |
| Defendant | : | |

**ORDER**

NOW THIS 18th day of November 2026, upon consideration of the United States' motion to unseal the case as to Agostino Abbatiello, IT IS HEREBY ORDERED that the Clerk may unseal this case.

*s/Sean A. Camoni*
SEAN A. CAMONI
United States Magistrate Judge